ORIGINAL

FILED

08 DEC 24 AM 10: 06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  James R. Rogers/SBN 99102
   jrogers@jrrlaw.net
2  LAW OFFICES OF JAMES R. ROGERS
   125 S. Highway 101, Suite 101
3  Solana Beach, CA   92075
   Telephone:  858-792-9900
4  Facsimile:   858-792-9509

5  Attorneys for Defendant
   BACTERIN INTERNATIONAL, INC.

6

7

8                 UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11  ALPHATEC SPINE, INC., a California )   Case No.
    corporation,                       )
12                                      )   '08 CV 2391 LAB LSP
                                        )
13         Plaintiff,                   )
                                        )
14  v.                                  )   DECLARATION OF JESUS
                                        )   HERNANDEZ IN SUPPOROF
15  BACTERIN INTERNATIONAL, INC.,       )   NOTICE OF REMOVAL OF ACTION
    a Montana corporation; GUY S. COOK, )   UNDER 28 U.S.C. 1441(b)
16  an individual; and DOES 1 through 25,)  (DIVERSITY)
    inclusive,                          )
17                                      )
                                        )
18                                      )
                                        )
19         Defendants.                  )
                                        )
20                                      )

21

22

23

24

25         I, Jesus Hernandez, declare as follows:

26         1.    I am the Vice President of Biologics at BACTERIN

27  INTERNATIONAL, INC. ("BACTERIN") and I am more than 18 years old.  I

28

                              1



1 | have personal knowledge of each matter stated herein, and if called as a witness
2 | could and would testify competently thereto.

3 |     2.     Paragraph 25 of plaintiff's complaint makes reference to a November
4 | 10, 2008 letter sent to ALPHATEC SPINE, INC.("ALPHATEC") demanding that
5 | it cease and desist in any unlawful activities infringing upon BACTERIN's
6 | proprietary rights in one of its products know as the OsteoSponge®. A true and
7 | correct copy of this November 10, 2008 letter is attached hereto as Exhibit 1.

8 |     3.     Plaintiff's first cause of action seeks a declaration of the rights and
9 | responsibilities between ALPHATEC and BACTERIN regarding the non-
10 | disclosure agreement and violations of the proprietary rights held by BACTERIN
11 | regarding its OsteoSponge® product.

12 |     4.     Based on information and belief, it is my understanding ALPHATEC
13 | is currently and actively selling a product under the name "ProFuse."

14 |     5.     I am informed and believe that the proprietary information acquired
15 | by ALPHATEC pursuant to the non-disclosure agreement(s) regarding
16 | BACTERIN's Osteosponge® was used by ALPHATEC to develop and sell its
17 | ProFuse product in violation of the non-disclosure agreement.

18 |     6.     BACTERIN has sold its OsteoSponge® product since 2006. I am
19 | personally familiar with the sales and profits generated from the sale of
20 | BACTERIN's OsteoSponge® product, which are well in excess of $75,000 per
21 | annum.

22 |     7.     Based on my knowledge of the sales history of the OsteoSponge®, the
23 | amount of profits wrongfully acquired by ALPHATEC by the sale of its ProFuse
24 | product will exceed $75,000.

25 |     8.     The OsteoSponge® and ProFuse products are part of a $1.7 billion
26 | U.S. orthobiologics market. Thus, the amount in dispute between ALPHATEC and
27 | BACTERIN with regard to the declaratory relief action exceeds $75,000.
28 |

2

1    I declare under penalty of perjury under the laws of the United States of

2 America that the foregoing is true and correct, and that this declaration was

3 executed at Belgrade, Montana on December 23, 2008.

4

5

6 _____

7 Jesus Hernandez
  Vice President of Biologics
8 BACTERIN INTERNATIONAL, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**EXHIBIT 1**

# MICHAEL J. SHERWOOD, P.C.

MICHAEL J. SHERWOOD
*Attorney at Law*

SARAH J. RHOADES
*Attorney at Law*

401 North Washington / P.O. Box 8358
Missoula, Montana 59802 / 59807
TEL (406) 721-2729
FAX (406) 728-8878

November 10, 2008

AlphaTec Spine, Inc.
Attn: Ebun Garner, VP and General Counsel
sent via email to Egarner@alphatecspine.com
5818 El Camino Real
Carlsbad, CA 92008

RE:   Bacterin's Propriety Rights Related to OsteoSponge® and Related Technology

Dear Mr. Garner:

Thank you for taking my call this morning. As we discussed, I am getting back to you today with more information about Bacterin International Inc.'s (herein "Bacterin") concerns over ProFuse's similarity to Bacterin's OsteoSponge product and related technology and also your inquiry about Mr. Cook's posting. This letter will also serve as AlphaTec Spine, Inc.'s (herein "AlphaTec") formal notice to cease and desist any unlawful activities related to its proprietary rights for OsteoSponge® product and related technology.

In my haste to respond to your email, I failed to mention in our conversation that indeed, Bacterin has a current and valid Non-Disclosure Agreement ("NDA") with AlphaTec covering the OsteoSponge® product and related technology. Please note, the NDA was signed in August 2006 and its term is still in effect. Together with the NDA, I am also attaching email correspondence between AlphaTec and Bacterin which occurred contemporaneously with the execution of the attached NDA and just prior to AlphaTec being provided proprietary information relating to OsteoSponge® product and related technology and the samples discussed. Initial research shows two shipments from Bacterin to AlphaTec and more specifically as follows:

- Shipment sent 8/16/06, FEDEX tracking number 752788306555, with reference "NDA"
- Shipment sent 8/22/06, FEDEX tracking number 752788306728.

As you will observe, AlphaTec and Bacterin were corresponding after AlphaTec had an apparent interest in distributing the OsteoSponge® product. Now, after Bacterin provided samples and the

*AlphaTec*
*November 10, 2008*
*Page 2*

---

information solicited by Mr. Jeff Sornberger and covered by the NDA, AlphaTec has launched a product which is very similar to the OsteoSponge® product.

Adding a further level of concern in this matter, is another NDA between Bacterin and Dr. Steven Beer, signed June 4, 2008. Bacterin and Dr. Beer entered the NDA this past June and exchanged confidential and trade secret information with Dr. Beer and specifically discussed its OsteoSponge® product and related technology. Now, Bacterin is informed that Dr. Beer is providing AlphaTec consultation, perhaps with regard to the ProFuse product.

As you and I did discuss, Bacterin has *patent pending* status on the OsteoSponge® product and related technology. We anticipate that patent application will publish very soon and possibly next month. Effective November 29, 2000, certain U.S. patent applications are subject to publication by the U.S. Patent and Trademark Office. Bacterin's patent application will be published and reflect the content of Bacterin's pending patent rights for non-provisional Application Serial Number 12/130,384.

When the application is published, the contents of the corresponding PTO application files will be made available to the public. 35 U.S.C. § 122(b) and 37 C.F.R. § 1.14. Provisional patent rights, including the right to obtain a reasonable royalty for infringements that occur during the application stage, may be established by providing "actual notice" to the infringer of the published application. 35 U.S.C. § 154(d). Thus, the legal effect of this letter is to provide ACTUAL NOTICE to AlphaTec that it could be liable to Bacterin for a reasonable royalty, provided the application eventually issues as a U.S. patent, and provided the invention as claimed in the patent is substantially identical to the invention claimed in the published patent application. 35 U.S.C. 154(d)(2). Of course, you will see that Bacterin is lawfully obligated to put potential infringers on notice of its provisional patent rights. As we discussed, it is in Bacterin's and AlphaTec's mutual best interest that we provide you with this notice of pending rights.

Before, in our phone call, I failed to observe the NDA already in place between Bacterin and AlphaTec; in view of this NDA, I may provide you a copy of the patent application upon your request and with your stipulation that the existing NDA covers that disclosure.

Finally, Mr. Cook instructs that pursuant to an email sent to him on November 3, 2008, he was under the good-faith and reasonable belief that a cease and desist notice had already been delivered to AlphaTec regarding its ProFuse product. As you stated, Mr. Hernandez approached your company's marketing contact at NASS over three weeks ago. Mr. Hernandez no doubt informed your company's marketing contact when he approached him at NASS that Bacterin is not a litigious company, but has invested significant time and resources in researching and developing its OsteoSponge® product and related technology. Bacterin must take necessary actions to protect its investment of resources in this product. This is a major reason for binding

*AlphaTec*
*November 10, 2008*
*Page 3*

AlphaTec and Dr. Beer to the NDAs before providing the samples and sensitive, confidential information.

Based on my review of the attached materials, and the actions in which AlphaTec has apparently engaged, Bacterin may have at least breach of contract, breach of good faith and fair dealing, constructive fraud, and misappropriation of trade secrets claims against AlphaTec. Bacterin demands that within 20 calendar days of the date of this letter, AlphaTec cease, desist, and discontinue all activities, including the research and development, design, prototyping, manufacture, marketing, sale, offer for sale, importation and distribution or sale for distribution in the United States of any system, method, or apparatus covered by the NDA and pending patent rights.

Please consider this letter, the contract issues, and the attachments and inform me whether you continue to assert - as you did on the phone this morning - that AlphaTec will continue to make and sell ProFuse until Bacterin's patent issues. If AlphaTec now asserts a contrary position, please also inform me.

Bacterin and I sincerely appreciate your understanding and cooperation in this matter. Should you have any questions, please feel free to call me directly. Thank you again for your time and consideration. I look forward to your prompt response to the issues raised in this letter.

Very truly yours,

Sarah J. Rhoades

SJR
Enclosures as stated

sarah@mjsherwoodlaw.com